UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBERT MOORE,

                Plaintiff,

-against-                           16-CV-6317 (CM)

JUDGE LORETTA PRESKA,              ORDER

                Defendant.

COLLEEN MCMAHON, United States District Judge:

      This action has been closed since August 16, 2016. (Dkt. Nos. 3-4). Thereafter, the Court issued several orders denying post-judgment motions. (Dkt. Nos. 9, 28). On August 13, 2018, the Court barred Plaintiff from filing any further documents in this closed action and advised Plaintiff that if he submitted any further documents in this closed case, the documents would not be filed and would be destroyed.[1] (Dkt. No. 28). Plaintiff subsequently submitted more than a dozen letters. (Dkt. Nos. 29-51). The Court will not take any action on these letters.

      The Court directs Plaintiff not to submit any further documents for filing in this closed action. As set forth previously, if Plaintiff does so, in violation of the Court's orders, the Clerk of Court is directed not to file the documents and to destroy them.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] A separate order from the Honorable Richard Sullivan had already put Plaintiff on notice that he was "prohibited from filing any documents . . . under . . . the docket numbers of his . . . closed cases in this Court." *Moore v. United States*, No. 08-CV-10204 (RJS) (S.D.N.Y. Aug. 31, 2016) (Doc. No. 6.).

SO ORDERED.

Dated: February 9, 2023
         New York, New York

                                                    COLLEEN McMAHON
                                           Chief United States District Judge